IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERSA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CV44 |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| SIOUX AUTOMATION CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' joint motion for entry of judgment (Filing No. 132) and the Court's March 28, 2005 order on summary judgment (Filing No. 130). The Court, having reviewed the Parties' Joint Status Report (Filing No. 131) and in view of the stipulations of the parties contained therein and elsewhere, finds that Judgment in the present matter can now be entered pursuant to Rule 50 of the Federal Rules of Civil Procedure and thereby enters Judgment in this matter. Accordingly,

**IT IS ORDERED**:

1. The parties' joint motion for entry of judgment (Filing No. 132) is granted.

2. On Count I, of infringement of United States Patent No. 5,297,377, Judgment is entered in favor of Defendant.

3. On Count II, of infringement of United States Patent No. 5,425,220, Judgment is entered in favor of Defendant, as Plaintiff has conceded that in view of the Court's Order of March 31, 2004 ruling on matters of claim construction, that it cannot prevail.

4. On Defendant's First Counterclaim, for Declaratory Judgment of Noninfringement, it is ordered, adjudged, and decreed that none of Defendant's products infringe any of the claims of United States Patent Nos. 5,425,220 and 5,297,377.

5. On Defendant's Second Counterclaim, for Declaratory Judgment of Invalidity, it is ordered, adjudged, and decreed that neither United States Patent Nos. 5,425,220 nor 5,297,377 is invalid.

6. All other claims, counterclaims, issues, and matters are rendered moot in view of the foregoing and are therefore dismissed without prejudice. Each party is to bear its own attorney fees and costs.

Dated this 26th day of April, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge