## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VERSA CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:02cv44 |
| | ) | |
| v. | ) | |
| | ) | |
| **SIOUX AUTOMATION CENTER,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 135 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 135 from the record.  The party has re-filed the document.

DATED this 25th day of May, 2005.

                                          BY THE COURT:

                                        s/Thomas D. Thalken
                                        United States Magistrate Judge